# UNITED STATES DISTRICT COURT
## District of Kansas
### (Topeka Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**       **CASE NO.:**   23-40025-TC-RES

**DARIEN E. FULTON,**

    **Defendant.**

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

**Possession of Firearm by a Prohibited Person**
**[18 U.S.C. § 922(g)(1)]**

That on or about March 4, 2023, in the District of Kansas, the defendant,

**DARIEN E. FULTON**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Interference with Commerce by Means of Robbery ("Hobbs Act Robbery"), a Class C Felony, in violation of Title 18, United States Code, Sections 1951(a) and 2, in

1

the case of *United States v. Darien E. Fulton,* United States District Court for the District of Kansas Case No. 5:16CR40059-002-DDC, knowingly possessed in and affecting interstate commerce a firearm, namely, a

Glock 22<br>
.40 Caliber Handgun<br>
Serial No. LEX155

the firearm having been shipped and transported in interstate and foreign commerce; and the defendant possessed the firearm knowing that his prior crime of conviction was punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(8).

## FORFEITURE NOTICE

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count One of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all ammunition, and firearms involved in the commission of the offense, including, but not limited to:

   A. a Glock 22, .40 Caliber Handgun, Bearing Serial No. LEX155, and,

   B. all attendant ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Dated this 14th day of July 2023, in Topeka, Kansas.

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

JARED S. MAAG
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: jared.maag@usdoj.gov
Ks. S. Ct. No. 17222

# PENALTIES

## COUNT ONE

**Possession of Firearm by a Prohibited Person**
**[18 U.S.C. § 922(g)(1)]**

- A term of imprisonment not to exceed fifteen (15) years.
  18 U.S.C. § 924(a)(8).

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- A term of supervised release not to exceed three (3) years.
  18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.